# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>Aurelio Luis Perez-Lugones<br><br>*Defendant(s)* | )<br>)  Case No. 1:26-mj-00045-CJC<br>)<br>)<br>)<br>) |

FILED ___ ENTERED
LODGED ___ RECEIVED
JAN - 9 2026
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 8, 2026__ in the county of __Howard County__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §793(e) | Unlawful retention of national defense information |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Keith Starr, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: __January 9, 2026__

_____
*Judge's signature*

City and state: __Baltimore, Maryland__

Chelsea J. Crawford, US Magistrate Judge
*Printed name and title*