**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **Case No. 1:26-cr-00030-MJM** |
| | * | |
| **AURELIO LUIS PEREZ-LUGONES,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | ******* | |

**ORDER**

The United States of America applied for the appointment of a Classified Information Security Officer and alternates pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA.  It is hereby **ORDERED** that the application is **GRANTED**.

It is further **ORDERED**, in accordance with Section 9 of CIPA and the Security Procedures promulgated under Section 9, that the Court designates Matthew W. Mullery as the Classified Information Security Officer in this case and the following persons as alternates to serve in the event Mr. Mullery is unavailable: Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, William S. Noble, Harry J. Rucker, and Winfield S. "Scooter" Slade.

It is further **ORDERED** that the designated Classified Information Security Officer and alternates shall perform the functions and carry out the duties and responsibilities prescribed in the Security Procedures promulgated under Section 9 of CIPA.

DATE:  2/20/26

_____/S/_____
MATTHEW J. MADDOX
United States District Judge