Case 1:26-cr-00080-MJM    Document 45-1    Filed 06/01/26    Page 1 of 1

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH |
|---|---|
| PEREZ-LUGONES, AURELIO LUIS | NAVY-USN |

| 4.a. GRADE, RATE OR RANK | 4.b. PAY GRADE | 5. DATE OF BIRTH (YYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| CTOCS | E-8 | 64APR26 | Year NA   Month   Day |

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| MIAMI, FL | MIAMI, FL |

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b. STATION WHERE SEPARATED |
|---|---|
| OFFICE OF NAVAL INTELLIGENCE, SUITLAND, MD | PERSUPPDET WASHINGTON, DC |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE   None |
|---|---|
| NAVAL RESERVE PERSONNEL CENTER, NEW ORLEANS, LA 70149 | Amount: $250,000.00 |

**11. PRIMARY SPECIALTY** (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)

8295 CRYPTOLOGIC TECHNICIAN OPERATOR ANALYST (18YRS, 09MOS)

X   X   X   X   X
X   X   X   X   X
X   X   X   X   X
X   X   X   X   X

| 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 87 | NOV | 23 |
| b. Separation Date This Period | 02 | SEP | 30 |
| c. Net Active Service This Period | 14 | 10 | 08 |
| d. Total Prior Active Service | 05 | 02 | 10 |
| e. Total Prior Inactive Service | 00 | 06 | 16 |
| f. Foreign Service | 03 | 03 | 20 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 00 | MAY | 16 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** (All periods of service)
DEFENSE MERITORIOUS SERVICE MEDAL; MERITORIOUS SERVICE MEDAL; JOINT SERVICE COMMENDATION MEDAL; NAVY/MARINE CORPS COMMENDATION MEDAL; JOINT MERITORIOUS UNIT AWARD; MERITORIOUS UNIT COMMENDATION(3); COAST GUARD MERITORIOUS UNIT COMMENDATION; GOOD CONDUCT MEDAL(5);

**14. MILITARY EDUCATION** (Course title, number of weeks, and month and year completed)
NT 250 (NETWORK ENGINEERING, 2WKS, JUN99; NAVY LEADERSHIP DEVELOPMENT, 1WK, MAR96; CHIEF PETTY OFFICER INDOC, 2WKS, OCT95; FUNDAMENTAL OF TQL, 1WK, DEC95; LMET, 2WKS, APR88.//X   X   X
X   X   X   X   X   X   X   X   X

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | NONE |

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | X | No |
|---|---|---|---|

**18. REMARKS**
"The information contained herein is subject to computer matching within the Department of Defense or with other affected federal and non-federal agencies for verification purposes and to determine eligibility for, and/or continued compliance with, the requirement of the Federal Benefit Program."
BLK 13 CONT'D - GOOD CONDUCT MEDAL(5); NATIONAL DEFENSE SERVICE MEDAL(2); ARMED FORCES EXPEDITIONARY MEDAL; NAVY/MARINE CORPS OVERSEAS SERVICE RIBBON(7); PISTOL SHOT MARKSMANSHIP RIBBON.//
"SUBJECT TO ACTIVE DUTY RECALL BY SECRETARY OF THE NAVY."
"EFFECTIVE DATE OF FLEET RESERVE STATUS: 01 OCTOBER 2002."
X   X   X   X   X   X   X   X
X   X   X   X   X   X   42557-02-2206-LLS

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| ███████████ | RAISA PEREZ-LUGONES - ███████████ |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO   MD   DIR. OF VET AFFAIRS   X Yes   No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED | C. D. PAYNE, PN1(AW), USN, BY DIRECTION |

**SPECIAL ADDITIONAL INFORMATION** (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| TRANSFERRED TO FLEET RESERVE | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| MILPERSMAN 1830-040 | NBD | RE-2 |

**28. NARRATIVE REASON FOR SEPARATION**
SUFFICIENT SERVICE FOR RETIREMENT    Certified to be a true copy

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| TL: NONE | Initials |

**DD Form 214, NOV 88**    S/N 0102-LF-006-5500   Previous editions are obsolete.      MEMBER - 4