**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Chambers of | | 101 West Lombard Street |
| Matthew J. Maddox | | Chambers 5C |
| United States District Judge | | Baltimore, Maryland 21201 |
| MDD_MJMChambers@mdd.uscourts.gov | | (410) 962-3407 |

May 4, 2026

**TRIAL SCHEDULING ORDER**

> RE:  *United States v. Aurelio Luis Perez-Lugones*
> Criminal Case No. MJM 26-30

Dear Counsel:

As discussed during the scheduling hearing on May 4, 2026, I am writing to provide a schedule for trial and pretrial motions and related deadlines. The Court finds that the ends of justice served by a continuance of the trial in this case outweigh the best interest of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

Discovery of classified information shall be completed by **June 15, 2026,** subject to extension for good cause.

The Government shall file any Classified Information Procedures Act ("CIPA") Section 4 motion no later than **July 15, 2026.**

Defense pretrial motions shall be filed no later than August 21, 2026. Responses are due by **September 4, 2026,** and replies, if any, are due by **September 18, 2026.** A pretrial motions hearing is scheduled for **Thursday, October 1, 2026, at 10:00 a.m., in Courtroom 5C.**

By **October 16, 2026,** Defendant shall file notice of intent to use classified information at trial pursuant to CIPA Section 5, and the Government shall file notice identifying the material that it intends to rely on to establish the national defense elements of the pending charges pursuant to CIPA Section 10. Pursuant to CIPA Section 6, any motion or request for a hearing on these matters shall be filed by **December 4, 2026.**

The Government shall file any motion to use the silent witness rule at trial no later than **December 4, 2026.**

Any motions in limine and *Daubert* challenges shall be filed no later than **December 4, 2026.** Responses are due by **December 18, 2026**, and replies, if any, are due by **January 4, 2027.**

Pursuant to Local Rules 210 and 106.8, joint proposed jury instructions, joint proposed voir dire, and a joint proposed verdict sheet are due on or before **January 8, 2027.** Each party

Criminal Case No. MJM 26-30
May 4, 2026
Page 2

may file separately any proposed voir dire questions, jury instructions, and verdict forms upon which the parties cannot agree, noting the opposing party's objections. Copies of all submissions should be sent in Microsoft Word format to my judicial assistant, Stephanie James, at stephanie_james@mdd.uscourts.gov. Please be sure to include a table of contents for the proposed jury instructions and citations to authority for any requests that are in dispute.

A copy of each party's set of labelled trial exhibits shall be provided to the Court no later than **January 8, 2027.** Pursuant to Local Rules 210 and 106.7, the parties shall meet for the purpose of pretrial review of exhibits (except for any exhibits to be used solely for impeachment).

A pretrial conference is scheduled for **Friday, January 15, 2027, at 10:00 a.m., in Courtroom 5C.**

A ten-day trial by jury shall commence on **February 22, 2027,** and conclude by **March 12, 2027.** Counsel are directed to report to Courtroom 5C **at 9:30 a.m. on February 22, 2027.**

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed accordingly.

Very truly yours,

/S/

Matthew J. Maddox
United States District Judge