# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

Chambers of
Matthew J. Maddox
United States District Judge
MDD_MJMChambers@mdd.uscourts.gov



101 West Lombard Street
Chambers 5C
Baltimore, Maryland 21201
(410) 962-3407

August 4, 2026

**LETTER ORDER REGARDING TRIAL SCHEDULE**

RE:    *United States v. Aurelio Luis Perez-Lugones*
        Criminal Case No. MJM 26-30

Dear Counsel:

As discussed during the status conference call on August 4, 2026, upon the parties' joint request, the **Trial Scheduling Order (ECF No. 49) is VACATED.** Pretrial deadlines are suspended until further order of the Court, and the dates for the pretrial motions hearing, pretrial conference, and jury trial are vacated.

The parties shall file a joint status report **no later October 6, 2026,** describing the status of discovery, the status of any discussions to resolve the case short of trial, and whether either party requests new dates for pretrial proceedings or for trial.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed accordingly.

Very truly yours,

/S/

Matthew J. Maddox
United States District Judge