**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Patricia McLane*
*Assistant United States Attorney*
*Patricia.McLane@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4942*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*

November 9, 2026

The Honorable Matthew J. Maddox
United States District Court
for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

RE: Status Report for United States of America v. Aurelio Luis Perez-Lugones
MJM-26-0030

Dear Judge Maddox:

The Government writes to update the Court on the status of the above captioned case as ordered by the Court. ECF 63. The Government consulted with defense counsel, Courtney Francik, prior to filing this letter. Three issues will be addressed: discovery; pre-trial resolution; and scheduling dates.

Discovery: To date, the Government has produced most of the unclassified and classified discovery. The latest production of unclassified discovery occurred on May 27, 2026. The Government has also been working to re-produce certain items of classified discovery, at defense counsel's request, with markings indicating that defense counsel is permitted to review the discovery with the Defendant, as contemplated in the Protective Order in this case. *See* ECF 48 ¶ 24(i); *see also id.* ¶ 3(b)(vi). The latest discussion regarding the re-production of classified discovery, and possible additional productions occurred on November 6, 2026.

There is outstanding litigation in the Eastern District of Virginia regarding search and seizure warrants for several electronic devices owned and used by a Washington Post reporter whom the Defendant contacted during the charged course of conduct. *In the Matter of the Search of the Real Property and Premises of Hannah Natanson*, Case No. 1:26-sw-00054-WBP-AJT. The court in that matter held a status conference on October 5, 2026, to discuss the progress of the Court's search of documents. Additional discovery, both unclassified and classified, may be produced to the Defendant in this criminal matter as a result of those search warrant proceedings.

Pre-Trial Resolution: The parties conferred about a pretrial resolution last week. There has been no official offer by the Government but the parties did discuss the perimeters of a plea. The Government indicated a written plea would be forthcoming in the next thirty days unless the parties determine further discussions are needed.

Scheduling Dates: Neither party currently is requesting a Scheduling Order for litigation under the Classified Information Protection Act, pretrial motions, or trial. The parties respectfully request another month to produce and review discovery and continue plea negotiations. The speedy trial exclusion runs through February 2027.

To that end, the Government proposes another status letter be due on or before December 10, 2026.

Very truly yours,

Kelly O. Hayes
United States Attorney

_____/s/________________________
Thomas M. Sullivan
Patricia McLane
Assistant United States Attorneys